UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMELA VASAPOLLI,

                        Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV-1983 (ARR)

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 22, 2010, finding that the complaint is time-barred; and granting the Commissioner's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is time-barred; and that the Commissioner's motion to dismiss is granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       October 22, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court